Louis S. Friedman, Respondent, v. Bernard Rappaport and Harry A. Gottlieb, Copartners, etc., Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Mary A. Gaffney, Respondent, v. Thomas R. Gaffney, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Mary A. Gaffney, Respondent, v. Thomas R. Gaffney, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Harry E. Halvorsen, Appellant, v. Interstate Lighterage and Transportation Company, Respondent.— Order reversed, without costs, on the ground that the appellant was within the provision of the General Rules of Practice,* and clerk directed to restore cause to the calendar. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Hirschberg, J., dissented, and voted to dismiss the appeal on the opinion of Kelly, J., at the Trial Term.

George Hatgis, Respondent, v. Peter D. Econopouly and Peter Theophine, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Frances Holywood, Appellant, v. Albert M. Cudner, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr and Carr, JJ., concurred; Thomas, J., dissented.

Home Insurance Company, Respondent, v. J. Harvey Waite, Jr., Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.

John Hope, Appellant, v. The Coney Island and Gravesend Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Charles Howard, Respondent, v. Henry A. Fetterolf, Appellant, Impleaded with Edward J. Knauer, Trustee in Bankruptcy of Henry A. Fetterolf, Bankrupt, Defendant.— Order affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title to Lands, etc., for the Use of Manhattan Bridge (Bridge No. 3) in the Borough of Brooklyn, etc. (Damage Parcel No. 47). Selma Rosenberg, Owner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

In the Matter of the Claim of James Flanagan, Respondent, for Services as Official Stenographer to the Commission of Appraisal, Croton Falls Dam and Reservoir, Reservoir K. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

* Sic.— [REP.